ALFRED KURTZ and Another, Respondents, v. JOSEPH MISTHAL, Appellant.— Order modified by striking out paragraph 3, and from paragraph 2 the words " or any of its officers, agents, employees, directors or any other persons," and as so modified affirmed, with ten dollars costs and disbursements to the respondents; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of Mechanic's Lien Filed by DANDIGNAC & VOGEL, INC., Lienor, Respondent, on the Proceeds of the Contracts of FLORENCE PIPE FOUNDRY AND MACHINE COMPANY, Appellant, with CITY OF NEW YORK, Nos. 57,285 and 58,616.— Order affirmed, with ten dollars costs and disbursements. The parties should proceed under section 59 of the Lien Law. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LILLIAN DIETERMAN, Respondent, v. OTTO DIETERMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of ELIZABETH WALKER, Named as a Testamentary Trustee of Real Property Situate in the County of New York, under the Last Will and Testament of ISAAC WALKER, Deceased, for an Order Fixing the Amount of the Bond of Such Trustee, and Fixing the Amount of the Bond of Her Cotrustee Appointed under a Power Therefor Contained in the Will of Said Decedent. ALEXANDER WALKER and Another, Appellants; ELIZABETH WALKER and Another, Respondents.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NICHOLAS CASSATTA, Respondent, v. CONVENT COURT CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARCEL DREYFUS, Appellant, v. LEOPOLD BARON, Respondent.— Order affirmed, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

EDNA BURKE, Appellant, v. LOUIS BURKE, Respondent.— Order modified by increasing the amount ordered to be paid as alimony to the sum of thirty dollars a week, and by increasing counsel fee to the sum of one hundred dollars, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SEILER COAL COMPANY, INC., Respondent, v. GEORGE A. McLAUGHLIN, Appellant.— Order modified as stated in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WESTERN INVESTORS CORPORATION, Appellant, v. WARSAW DISCOUNT BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

WESTERN INVESTORS CORPORATION, Appellant, v. WARSAW DISCOUNT BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Smith, J., dissenting.